UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

JABBAR K. POWELL,

                              Plaintiff,

      vs                                              9:10-CV-268

DR. TOM - JOHN DOE 1, Physician, NURSE
GLENN - JOHN DOE 2, Nurse, DR. FRICKE -
JOHN DOE 3, Physician for the Medical Staff,
Each Officially and Individually of County Jail
Medical Staff; MAJOR ELWELL - JOHN DOE 4,
Officer, and SERGEANT LABRAC, Officer,
Each Individually and Official capacity;
HARRY C. BUFFARDI, Sheriff, Schenectady
County Sheriff Dept.' CORRECTIONAL
MEDICAL CARE/EMPLOYEES, in their
Official and Individual Capacities; and
SCHENECTADY COUNTY SHERIFF DEPT.,

                              Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

JABBAR K. POWELL
Plaintiff, Pro Se
428 Duane Avenue
Schenectady, NY 12304

SMITH, SOBIK, KENDRICK & SUGNET, P.C.    DANIEL R. RYAN, ESQ.
Attorneys for Defendant, Dr. Tom,
   Nurse Glenn and Correctional
   Medical Care/Employees
Suite 600
250 South Clinton Street
Syracuse, new York 13202-1252

THUILLEZ, FORD, GOLD,
BUTLER & YOUNG, LLP                         KELLY M. MONROE, ESQ.
Attorneys for Defendant Fricke
6th Floor
20 Corporate Woods Boulevard
Albany, New York 12211-1715

| | |
|---|---|
| GOLDBERG, SEGALLA, LLP<br>Attorneys for Defendants Major Elwell,<br>  Sergeant Labrac, Harry C. Buffardi<br>  and Schenectady County Sheriff Dept.<br>Suite 300<br>8 Southwoods Boulevard<br>Albany, New York 12211-2526 | JONATHAN M. BERNSTEIN, ESQ.<br>WILLIAM J. GREAGAN, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Jabbar K. Powell, commenced this civil rights action in March 2010, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated February 4, 2011, the Honorable David R. Homer, United States Magistrate Judge, recommended that this action be dismissed as to all claims and all defendants. No objections to the Report-Recommendation have been filed, however the attorneys for the Schenectady County defendants submitted a clarification of one point in the Report and Recommendation, and further urged dismissal of the County Defendants.

      Based upon a careful review of the file, and the Report-Recommendation of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

      Accordingly, it is

      ORDERED that

      1. The action is DISMISSED as to all claims and all defendants; and

      2. The Clerk is directed to serve the plaintiff with a copy of this order at the various addresses he has given for delivery of his mail; and close the file.

    IT IS SO ORDERED.

Dated:  March  2, 2011
           Utica, New York.

                                    United States District Judge